# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| R. JAMES PROPERTIES, INC., | * | |
| Plaintiff, | * | |
| v. | * | 1:15-CV-03880-ELR |
| VALERIE SMITH, | * | |
| Defendant. | * | |

## **O R D E R**

This matter is before the Court on Magistrate Judge Walter E. Johnson's Final Report and Recommendation ("R&R") (Doc. No. 3), to which there are no objections. Importantly, Judge Johnson recommends that the case be remanded to the Magistrate Court of Fulton County for lack of jurisdiction.

The Court has reviewed the R&R and agrees with Judge Johnson's findings. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 3) as the Order of this Court and **REMANDS** this case to the Magistrate Court of Fulton County. The Court **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED**, this 8th day of December, 2015.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE